

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| YSLETA INDEPENDENT SCHOOL DISTRICT, | § | No. 08-18-00115-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 243rd District Court |
| v. | | |
| | § | of El Paso County, Texas |
| ALFONSO GUZMAN, | | |
| | § | (TC# 2017DCV1412) |
| Appellee. | | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the reply brief until **June 10, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Steven J. Blanco, the Appellant's attorney, prepare the Appellant's reply brief and forward the same to this Court on or before June 10, 2019.

IT IS SO ORDERED this 15th day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.